UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

NOLBERTO SUAREZ GIRALDO,

Petitioner,

v.

JULIO HERNANDEZ, et al.,

Respondents.

Case No. 2:26-cv-01831-TLF

ORDER

On October 19, 2026, this Court issued an Order to Show Cause ("OSC") on whether to stay petitioner's fee motion (Dkt. 16) pending the Supreme Court's decision in *Montoya Palacios v. Liggins*. Dkt. 19. Concurrently, petitioner filed a brief asking this Court to not stay this matter. Dkt. 18.

Accordingly, the OSC (Dkt. 19) is **STRICKEN**. The Court will consider petitioner's fee motion (Dkt. 16) based on the briefing already provided.

The Clerk of Court is instructed to reset the noting date of petitioner's fee motion (Dkt. 16) to October 20, 2026.

Dated this 19th day of October, 2026.

Theresa L. Fricke
United States Magistrate Judge